UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE ANGEL ORTEGA,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

3:09-cv-0646-RCJ-VPC

**ORDER**

Petitioner moves for an enlargement of time to respond to the Motion to Dismiss (docket #18). On the day the court received the motion for time, there was entered an order appointing the Federal Public Defender (FPD) to represent petitioner in this matter. At this time, the court is awaiting the appearance of counsel, and once the FPD informs the court of its ability to represent petitioner, a new scheduling order will issue. As a result, the request for time shall be denied as moot and the motion to dismiss (docket #14) shall be denied without prejudice pending the appearance of counsel on behalf of petitioner and the filing of an amended petition.

**IT IS THEREFORE ORDERED** that petitioner's motion for time (docket #18) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the motion to dismiss (docket #14) is **DENIED WITHOUT PREJUDICE.**

Dated: This 30th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE