FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
JUN - 9 2010
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE ANGEL ORTEGA, )
Petitioner, ) 3:09-cv-0646-RCJ-VPC
vs. ) **ORDER**
BRIAN WILLIAMS, *et al.*, )
Respondents. )
_______________________________/

In this habeas corpus action, on May 19, 2010, counsel appeared on behalf of petitioner (docket #20). Petitioner's counsel is Megan Hoffman, Assistant Federal Public Defender, 411 E. Bonneville Ave., Las Vegas, Nevada, 89101, 702-388-6577.

The Court will set a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty days**, to file and serve an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted). Respondents shall have **thirty (30) days** after service of an amended petition within which

to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have thirty (30) days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **thirty (30) days** after service of the answer to file and serve a reply.

**IT IS FURTHER ORDERED** that counsel for respondents shall make available to counsel for petitioner (photocopying costs at the latter's expense), as soon as reasonably possible, copies of whatever portions of the state court record they possess regarding the judgment petitioner is challenging in this case.

Dated this 9th day of June, 2010.

UNITED STATES DISTRICT JUDGE