# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE ANGEL ORTEGA,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

3:09-cv-00646-RCJ-CBC

ORDER

This stayed habeas action comes before the Court on petitioner's motion to lift stay (ECF No. 35) and his notice of voluntary dismissal (ECF No. 36), following upon petitioner's passing. The notice of voluntary dismissal is self-operative under Rule 41(a)(1)(A)(i) without further order of the Court. Accordingly, for good cause shown,

IT IS ORDERED that petitioner's motion to lift stay (ECF No. 35) is GRANTED, such that the stay is lifted, and that the Clerk of Court shall reopen the matter and then close this action pursuant to petitioner's notice of voluntary dismissal.

DATED: February 11, 2019.

ROBERT C. JONES
United States District Judge